UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOTIN,<br><br>                                Plaintiff,<br><br>        -against-<br><br>APKP ASSOCIATES, LLC, and ASAF PELED,<br><br>                                Defendants. | 21-CV-4258 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 5, 2021, the Court received Plaintiff's notice of voluntary dismissal of this action under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, the Court grants Plaintiff's request, and the Clerk of Court is directed to close this case.

Although Plaintiff paid the filing fees for this action, the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 16, 2021
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge